No. 90–695.   Huff, Trustee *v.* Standard Life Insurance Co.   C. A. 11th Cir.   Certiorari denied.

No. 90–764.   Fischer *v.* Ohio.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 90–782.   Odom et al. *v.* Johnson.   C. A. 5th Cir.   Certiorari denied.

No. 90–810.   Dart et al. *v.* Forrester.   C. A. 9th Cir.   Certiorari denied.

No. 90–878.   Johnson *v.* Alabama.   Ct. Crim. App. Ala.   Certiorari denied.

No. 90–996.   Colorado Interstate Gas Co. *v.* Federal Energy Regulatory Commission et al.   C. A. 10th Cir.   Certiorari denied.

No. 90–1025.   Mmahat et al. *v.* Federal Deposit Insurance Corporation, as Manager of the FSLIC Resolution Fund.   C. A. 5th Cir.   Certiorari denied.

No. 90–1037.   Moore *v.* Regents of the University of California et al.   Sup. Ct. Cal.   Certiorari denied.

No. 90–1046.   Zamlen et al. *v.* City of Cleveland et al.   C. A. 6th Cir.   Certiorari denied.

No. 90–1049.   Baker et al. *v.* Federal Aviation Administration et al.   C. A. 7th Cir.   Certiorari denied.

No. 90–1063.   Haulaway Inc. et al. *v.* Martin, Secretary of Labor.   C. A. 3d Cir.   Certiorari denied.

No. 90–1064.   Rutland *v.* United States.   C. A. 5th Cir.   Certiorari denied.

No. 90–1069.   South Half of Lot 7 and Lot 8, Block 14, Kountze's 3rd Addition to the City of Omaha, et al. *v.*